### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> RED EAGLE CONTRACTING, INC., <br><br> Defendant. | Case No. 07-2048-KHV |

## ORDER OF DEFAULT JUDGMENT

Upon Plaintiffs' Motion for Default Judgment, this Court finds that Defendant Red Eagle Contracting, Inc. is in Default and entry of Default Judgment is proper pursuant to Federal Rule of Civil Procedure 55.

IT IS HEREBY ORDERED that default judgment is entered against Defendant Red Eagle Contracting, Inc. and in favor of all the plaintiffs in the amount of four thousand, four hundred two and 32/100 Dollars ($4,402.32).

IT IS SO ORDERED THIS 26th DAY OF July, 2007.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge